1  DANIEL RAY BACON, Esquire,  SB# 103866
   LAW OFFICES OF DANIEL RAY BACON
2  234 Van Ness Avenue
   San Francisco, California 94102-4515
3  Telephone: (415) 864-0907
   Facsimile:  (415) 864-0989
4
   Attorney for Plaintiff
5  JOHN D. HIGGINS, JR.

6                              E-filing

7                   UNITED STATES DISTRICT COURT

8              IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

11 JOHN D. HIGGINS, JR,                  )
                                          )
12                                        ) CASE NO.: 2:08-CV-02300-WBS-KJM
              Plaintiff,                  )
13                                        )
                                          ) STIPULATION TO CONTINUE CASE
14            vs.                         ) STATUS CONFERENCE AND
                                          ) ~~PROPOSED~~ ORDER
15 BRUSCO TUG AND BARGE, INC., A         )
   WASHINGTON CORPORATION, THE           )
16 DUTRA GROUP, A CALIFORNIA             )
   CORPORATION.                          )
17                                        )
                                          )
18            Defendants.                 )
                                          )
19                                        )
                                          )
20                                        )
   _____ )
21

**STIPULATION TO CONTINUE CASE
STATUS CONFERENCE & ORDER**

WHEREAS the Parties have met and conferred regarding discovery and other issues, and the Plaintiff has exchanged medical records and other evidence with the Defendants as well as settled some of the property claims,

The Parties request a 60 day continuance of the Status (pretrial scheduling) Conference in order to attempt to settle the remaining issues of the complaint.  This is a maritime case wherein the Plaintiff, JOHN HIGGINS, a resident of Walnut Grove, California, living on a houseboat called the Jamie Lynn docked at Deckhand's Marine Center, Inc., in Walnut Grove, California on the Sacramento River, was injured when a barge named "The Oakland," owned by Defendant BRUSCO TUG AND BARGE, INC. a Washington Corporation, located in Longview, Washington and DUTRA MATERIALS, erroneously named DUTRA GROUP, a California corporation located in San Rafael, California collided on October 3, 2006, into plaintiff's houseboat which was docked at Deckhand's Marina.

The Conference is currently scheduled for January 26, 2009 at 2:00 P.M. and the parties request that the Conference be rescheduled to March 26, 2009 or another convenient date for the Court.

DATED: January 9, 2009         LAW OFFICES OF DANIEL RAY BACON


                                /s/
                               DANIEL RAY BACON
                               ATTORNEY FOR PLAINTIFF

                               COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP

DATED: January 13, 2009                /s/

                               RICHARD C. WOOTTON
                               ATTORNEY FOR DEFENDANTS

**STIPULATION TO CONTINUE CASE
STATUS CONFERENCE & ORDER**           - 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the stipulation of the Parties in this action, through the respective counsel for the parties, and good cause appearing,

IT IS ORDERED that the Status (pretrial scheduling) Conference which is currently scheduled for January 26, 2009 at 2:00 P.M. is rescheduled to **March 23, 2009 at 2:00 p.m.** A Joint Status Report shall be filed no later than March 9, 2009.

DATED: January 15, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION TO CONTINUE CASE**
**STATUS CONFERENCE & ORDER** - 2 -