| | |
|---|---|
| 1 | DANIEL RAY BACON, Esquire, SB# 103866 |
| | LAW OFFICES OF DANIEL RAY BACON |
| 2 | 234 Van Ness Avenue |
| | San Francisco, California 94102-4515 |
| 3 | Telephone: (415) 864-0907 |
| | Facsimile: (415) 864-0989 |
| 4 | |
| | Attorney for Plaintiff |
| 5 | JOHN D. HIGGINS, JR. |
| 6 | RICHARD C. WOOTTON, ESQUIRE, SB# |
| | COX, WOOTTON, GRIFFIN, |
| 7 | HANSEN & POULOS, LLP |
| | 190 The Embarcadero |
| 8 | San Francisco, California 94105 |
| | Telephone: (415) 438-4600 |
| 9 | Facsimile: (415) 438-4601 |
| 10 | Attorneys for Defendants |
| | BRUSCO TUG BARGE AND |
| 11 | DUTRA MATERIALS, incorrectly sued |
| | herein as The Dutra Group |

E-filing

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. HIGGINS, JR, | ) |
| | ) |
| Plaintiff, | ) CASE NO.: 2:08-CV-02300-WBS-KJM |
| | ) |
| | ) STIPULATION AND ~~PROPOSED~~ ORDER |
| vs. | ) TO REFER CASE TO PRIVATE |
| | ) MEDIATION |
| BRUSCO TUG AND BARGE, INC., A | ) |
| WASHINGTON CORPORATION, THE | ) DATE: March 23, 2009 |
| DUTRA GROUP, A CALIFORNIA | ) TIME: 2:00 P.M. |
| CORPORATION. | ) CTRM.: JUDGE WILLIAM SHUBB |
| | ) |
| Defendants. | ) |
| _____ | ) |

1    The parties to the above-entitled action hereby stipulate to refer this case to
2    private mediation with mediator Steven Rosenberg [Telephone: 415) 383-5544;
3    www.rosenbergmediaiton.com ], who has agreed to mediate this matter.  The parties have
4    agreed to permit the Defendants to conduct two medical examinations of the Plaintiff and
5    depose the plaintiff  in an effort to facilitate the mediation process.  The parties request that the
6    next conference be set for 120 days to complete the mediation.

RESPECTFULLY SUBMITTED,

Dated: March 19, 2009                                        /S/
_____
DANIEL RAY BACON
Attorney For Plaintiff
JOHN HIGGINES

                                                             /S/
Dated: March 19, 2009            _____
RICHARD C. WOOTTON
Attorney for DefendantS
BRUSCO TUG BARGE AND
THE DUTRA GROUP

## ORDER

This case is referred to private mediation and the mediation is to occur by July 17, 2009. If the case settles by mediation the parties are ordered to advise the court immediately of the settlement. If the case does not settle at mediation then the next scheduling conference is set for **July 27, 2009 at 2:00 p.m.**

DATED: March 19, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION FOR PRIVATE MEDIATION
AND PROPOSED ORDER** - 2 -