| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP** |
| 2 | Richard C. Wootton (SBN 088390) |
| | 190 The Embarcadero |
| 3 | San Francisco, CA  94105 |
| | Telephone No.: 415-438-4600 |
| 4 | Facsimile No.: 415-438-4601 |
| 5 | Attorneys for Defendants |
| | Brusco Tug Barge and |
| 6 | Dutra Materials, incorrectly sued |
| | herein as The Dutra Group |

E-Filing

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN D. HIGGINS, JR., | ) | Case No.: 2:08-CV-02300-WBS-KJM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **(PROPOSED) ORDER TO REFER** |
| v. | ) | **CASE FOR FURTHER PRIVATE** |
| | ) | **MEDIATION** |
| BRUSCO TUG AND BARGE AND THE | ) | |
| DUTRA GROUP, | ) | **Date:  Monday July 27, 2009** |
| Defendants. | ) | **Time:  2:00 P.M.** |
| | ) | **Judge:  Hon. William Shubb** |

The parties to the above-entitled action hereby stipulate to further mediation with private mediator Steven Rosenberg [Telephone: (415) 383-5544; www.rosenbergmediation.com], who has agreed to continue to mediate this matter.  Before the next mediations session, the parties have agreed that the plaintiff will provide additional documentation supporting his claims for economic losses.  In addition the parties have agreed to take the deposition of the plaintiff's primary treating physician in an effort to facilitate the continued mediation process.  The parties request that the next conference be set for 90 days to complete the additional mediation efforts.

RESPECTFULLY SUBMITTED,

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

NAV.Higgins/2675

-1-   Case No. 2:08-CV-02300-WBS-KJM
STIPULATION AND  (PROPOSED) ORDER FOR FURTHER PRIVATE MEDIATION

| | |
|---|---|
| Dated: July 22, 2009 | COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP<br>Attorneys for Defendants<br>Brusco Tug and Barge and The Dutra Group |
| | By: _____/S/_____<br>       Richard C. Wootton |
| Dated: July 22, 2009 | LAW OFFICES OF DANIEL RAY BACON<br>Attorney for Plaintiff JOHN D. HIGGINS JR. |
| | By: _____/S/_____<br>       Daniel R. Bacon |

## ORDER

This case is referred for further private mediation before Steven Rosengberg.  The mediation is set to occur by September 21, 2009.   If the case settles by mediation the parties are ordered to advise the court immediately of the settlement pursuant to Local Rule 16-160.  If the case does not settle at mediation then the next scheduling conference is set for **October 19, 2009 at 2:00 p.m.**

DATED: July 22, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

NAV.Higgins/2675

-2-   Case No. 2:08-CV-02300-WBS-KJM
STIPULATION AND (PROPOSED) ORDER FOR FURTHER PRIVATE MEDIATION