**COX, WOOTTON, GRIFFIN,**
**HANSEN & POULOS, LLP**
Richard C. Wootton (SBN 088390)
Jody M. Taliaferro (SBN 252453)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Defendants
Brusco Tug and Barge and The Dutra Group

**E-Filing**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN D. HIGGINS, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRUSCO TUG AND BARGE AND THE ) <br> DUTRA GROUP, ) <br> Defendants. ) <br> _____ ) | Case No.: 2:08-CV-02300-WBS-KJN <br><br> **JOINT STIPULATION TO EXTEND DISCOVERY CUT-OFF DATE AND ORDER** |

WHEREAS the Parties have disclosed expert witnesses and scheduled some depositions of those experts, three doctors who are named experts, Dr. Michael Sutro, Dr. Bernard Rappaport, defense experts, and Dr. Samuel Benson, an expert for the Plaintiff, are unable to have their depositions taken before the discovery cut-off date of May 1, 2010. In addition the depositions of Dr. Rinzler and Dr. Pantazis were commenced on April 26, 2010 but cut short due to scheduling conflicts on behalf of the doctors.

The Parties request and hereby stipulate to an extension of the discovery cut-off date from May 1, 2010 up to and including May 21, 2010 in order to complete the aforementioned discovery in this matter as well as any other expert depositions commenced prior to May 1, 2010 but which are unable to be completed prior to that date. Currently the case is set for a Pre-Trial Conference on June 14, 2010 and is set for a Trial on July 20, 2010. This is a maritime case wherein the Plaintiff, JOHN HIGGINS, a resident of Walnut

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

NAV.Higgins/2675

-1-   Case No. 2:08-CV-02300-WBS-KJM
STIPULATION TO EXTEND DISCOVERY CUT-OFF DATE AND [PROPOSED] ORDER

Grove, California, living on a houseboat called the JAMIE LYNN docked at Deckhand's Marine Center, Inc. in Walnut Grove, California on the Sacramento River, was injured when a barge named "THE OAKLAND," owned by Defendant BRUSCO TUG AND BARGE, INC. a Washington Corporation, located in Longview, Washington and DUTRA MATERIALS, erroneously named DUTRA GROUP, a California corporation located in San Rafael, California collided on October 3, 2006, into plaintiff's houseboat which was docked at Deckhand's Marina.

| | |
|---|---|
| DATED: April 29, 2010 | COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP |
| Attorneys for Defendants | Brusco Tug and Barge and The Dutra Group |
| | By _____/s/_____<br>Richard C. Wootton |
| DATED: April 29, 2010 | LAW OFFICES OF DANIEL RAY BACON |
| Attorneys for Plaintiff | John D. Higgins, Jr. |
| | By _____/s/_____<br>Daniel Ray Bacon |

## ORDER

Pursuant to the stipulation of the Parties in this action, through the respective counsel for the parties,

IT IS ORDERED that the Discovery cut-off dated is extended from **May 1, 2010 to May 21, 2010** for the completion of the depositions of Drs Sutro, Rappaport, Benson, Rinzler, and Pantazis, as well as any other expert depositions commenced prior to May 1, 2010, but which are unable to be completed prior to that date **Completion means that all depositions have been taken and any disputes relevant to those depositions shall have**

////

////

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

NAV.Higgins/2675

**been resolved by appropriate order, if necessary and, where discovery has been ordered, the order has been obeyed.**

DATED: April 29, 2010

                            /s/ Kendall J. Newman
                            KENDALL J. NEWMAN
                            UNITED STATES MAGISTRATE JUDGE

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

NAV.Higgins/2675

-3-  Case No. 2:08-CV-02300-WBS-KJM
STIPULATION TO EXTEND DISCOVERY CUT-OFF DATE AND [PROPOSED] ORDER