UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JOHN D. HIGGINS, JR,

        Plaintiff,

   v.

BRUSCO TUG AND BARGE, INC., A WASHINGTON CORPORATION, THE DUTRA GROUP, A CALIFORNIA CORPORATION,

        Defendants.

                             /

NO. CIV. 2:08-2300 WBS KJN

ORDER

----oo0oo----

        Having considered plaintiff's Motion to Continue the discovery cut-off deadline, pre-trial date, and trial date, and the arguments therein and objections thereto, the court finds good cause and will grant plaintiff's requested 60-day extension. The discovery deadline, including expert disclosures, is hereby continued to July 30, 2010. The parties shall file any dispositive motions so that oral argument can be heard on or

1 before August 30, 2010.  The pretrial conference is hereby
2 continued to September 7, 2010 the jury trial date is continued
3 to November 9, 2010.
4       IT IS SO ORDERED.
5 DATED:  May 20, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE