**COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP**
Richard C. Wootton (SBN 088390)
Jody M. Taliaferro (SBN 252453)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Defendants
Brusco Tug and Barge and The Dutra Group

**E-Filing**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN D. HIGGINS, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>BRUSCO TUG AND BARGE AND THE DUTRA GROUP,<br><br>    Defendants. | Case No.: 2:08-CV-02300-WBS-KJN<br><br>**JOINT STIPULATION TO EXTEND DEADLINES AND [PROPOSED] ORDER** |

WHEREAS the the Plaintiff moved for and was granted a 60-day trial continuance on May 20, 2010.

WHEREAS the trial continuance Order set the discovery deadline including expert disclosures to July 30, 2010, the pretrial conference to September 7, 2010 and jury trial on November 9, 2010.

WHEREAS the parties having been working diligently to prepare this matter for trial on November 9, 2010, are prepared to provide expert disclosure and reports by the July 30, 2010 deadline and are not seeking an extension of trial date, the parties request additional time as follows to fully investigate the plaintiff's claims for traumatic brain injury:

    1. The Depositions of Dr. Rinzler and Dr. Pantazis may be conducted after the

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

NAV.Higgins/2675

discovery cutoff date and are to be completed no later than August 30, 2010;

2. Rebuttal expert disclosure and exchange of reports by September 15, 2010;

3. Close of expert discovery on October 15, 2010; and

4. Pre-trial Conference October 19, 2010

The parties further stipulate that in the event a further IME of the plaintiff is required, such motion may be heard on shortened notice of seven (7) days.

DATED: July 23, 2010          COX, WOOTTON, GRIFFIN,
                              HANSEN & POULOS, LLP

Attorneys for Defendants
                              Brusco Tug and Barge and The Dutra Group

                              By _____/S/_____
                                   Richard C. Wootton

DATED: July 23, 2010          LAW OFFICES OF DANIEL RAY BACON

Attorneys for Plaintiff
                              John D. Higgins, Jr.

                              By _____/S/_____
                                   Daniel Ray Bacon

**ORDER**

Pursuant to the stipulation of the Parties in this action, through the respective counsel for the parties, and good cause appearing,

IT IS ORDERED

1. The Depositions of Dr. Rinzler and Dr. Pantazis may be conducted after the discovery cutoff date and are to be completed no later than August 30, 2010;

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

NAV.Higgins/2675

2. Rebuttal expert disclosure and exchange of reports by September 15, 2010;

3. Close of expert discovery on October 15, 2010; and

4. Pre-trial Conference **October 18, 2010 at 2:00 p.m.**

DATED:  July 22, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

NAV.Higgins/2675