1 COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
2 Richard C. Wootton (SBN 088390)
190 The Embarcadero
3 San Francisco, CA  94105
Telephone No.: 415-438-4600
4 Facsimile No.: 415-438-4601

5 Attorneys for Defendants
Brusco Tug Barge and
6 Dutra Materials

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. HIGGINS, JR., | |
| Plaintiff, | No. 2:08-cv-02300 WBS KJN |
| vs. | [PROPOSED] ORDER TO PERMIT THE HEARING OF THE DEFENDANTS' MOTION TO COMPEL A FURTHER IME OF THE PLAINTIFF ON SHORTENED TIME |
| BRUSCO TUG AND BARGE AND THE DUTRA GROUP, | |
| Defendants. | |

The court, having read and considered the prior joint stipulation of counsel before Judge William B. Shubb, Docket No. 37, provisionally allows plaintiff to file a motion to compel a further IME of plaintiff on shortened notice of seven (7) days.[1]  A joint statement regarding such discovery disagreement which comports with the requirements of Local Rule 251 shall be

---

[1] The court's allowance of the filing of this motion does not eliminate any defense that such motion may be untimely pursuant to the Honorable William B. Shubb's prior scheduling orders and extensions thereof.

1

filed no later than four (4) days prior to the date set for hearing.

**IT IS SO ORDERED.**

DATED: September 1, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2