**COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP**
Richard C. Wootton (SBN 088390)
Jody M. Taliaferro (SBN 252453)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Defendants
Brusco Tug and Barge and The Dutra Group

E-Filing

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. HIGGINS, JR., <br><br> Plaintiff, <br><br> v. <br><br> BRUSCO TUG AND BARGE AND THE DUTRA GROUP, <br><br> Defendants. | Case No.: 2:08-CV-02300-WBS-KJN <br><br> **JOINT STIPULATION OF THE PARTIES TO RE-SCHEDULE THE DATE FOR SETTLEMENT CONFERENCE; ORDER** <br><br> **Date: December 2, 2010** <br> **Time: 9 a.m.** <br> **Judge: Hon. Kimberly J. Mueller** |

The parties hereby jointly stipulate to re-schedule the settlement conference currently set for December 3, 2010 at 1:30 p.m. before the Honorable Judge Kimberly J. Mueller to **December 2, 2010 at 9 a.m.**

DATED: October 27, 2010          COX, WOOTTON, GRIFFIN,
                                 HANSEN & POULOS, LLP

         Attorneys for Defendants

                                 Brusco Tug and Barge and The Dutra Group


                                 By _____/S/_____
                                        Richard C. Wootton


DATED: October 27, 2010          LAW OFFICES OF DANIEL RAY BACON
                                 Attorneys for Plaintiff John D. Higgins, Jr.


                                 By _____/S/_____
                                        Daniel Ray Bacon

NAV.Higgins/2675

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

**COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP**
Richard C. Wootton (SBN 088390)
Jody M. Taliaferro (SBN 252453)
190 The Embarcadero
San Francisco, CA  94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Defendants
Brusco Tug and Barge and The Dutra Group

E-Filing

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. HIGGINS, JR.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BRUSCO TUG AND BARGE AND THE DUTRA GROUP,<br>　　　　Defendants. | Case No.: 2:08-CV-02300-WBS-KJN<br><br>**ORDER GRANTING THE RE-SCHEDULING OF DATE FOR SETTLEMENT CONFERENCE**<br><br>**Date: December 2, 2010**<br>**Time: 9 a.m.**<br>**Judge: Hon. Kimberly J. Mueller** |

Pursuant to the stipulation of the Parties in this action, through the respective counsel for the parties,

IT IS ORDERED that the settlement conference currently set for December 3, 2010 at 1:30 p.m. before the Honorable Kimberly J. Mueller be rescheduled to **December 2, 2010 at 9 a.m.**

Dated: October 27, 2010.

_____
U.S. MAGISTRATE JUDGE

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

NAV.Higgins/2675

-2-   Case No. 2:08-CV-02300-WBS-KJM
STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE AND ORDER