UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JOHN D. HIGGINS, JR,

        Plaintiff,

NO. CIV. 2:08-2300 WBS KJM

   v.

ORDER

BRUSCO TUG AND BARGE, INC., A WASHINGTON CORPORATION, THE DUTRA GROUP, A CALIFORNIA CORPORATION,

        Defendants.

_____/

----oo0oo----

       The court having considered defendants' objections to the Final Pretrial Order, IT IS HEREBY ORDERED that plaintiff shall file an amended pretrial statement in compliance with Local Rule 281(b)(10) within ten days by disclosing current addresses for witnesses Pam Barber, Dennis Barber, Randi Johnson, Traci Johnson, John Lucas, and Larry Hamilton.

DATED: November 3, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1