1  DANIEL RAY BACON, Esquire,  SB# 103866
   LAW OFFICES OF DANIEL RAY BACON
2  234 Van Ness Avenue
   San Francisco, California 94102-4515
3  Telephone: (415) 864-0907
   Facsimile:  (415) 864-0989
4
   Attorney for Plaintiff
5  JOHN D. HIGGINS, JR.

6                    UNITED STATES DISTRICT COURT
7              IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9

10  JOHN D. HIGGINS, JR,                )
                                        )
11                                      ) CASE NO.: 2:08-CV-02300-WBS-KJN
            Plaintiff,                  )
12                                      ) STIPULATION AND PROPOSED
                                        ) ORDER TO CHANGE SETTLEMENT
13          vs.                         ) CONFERENCE TO FEBRUARY 18, 2011
                                        )
14  BRUSCO TUG AND BARGE, INC., A       )
    WASHINGTON CORPORATION, THE         )
15  DUTRA GROUP, A CALIFORNIA           )
    CORPORATION.                        )
16                                      )
                                        )
17          Defendants.                 )
                                        )
18                                      )
                                        )
19                                      )
                                        )
20  _____   )

21

22

23

24

25

26

27       STIPULATION FOR ORDER CHANGING SETTLEMENT CONFERENCE DATE
28

**STIPULATION AND ORDER
TO CHANGE SETTLEMENT CONFERENCE DATE**

Plaintiff John Higgins and Defendants Brusco Tug and Barge and Dutra Materials, through their respective counsel, stipulate to an order changing the settlement conference date from February 17, 2011 at 10:00 a.m. to February 18, 2011 at 10:00 a.m. in the above-referenced matter, due to Plaintiff's counsel's current trial in San Francisco Superior Court which created a conflict with the currently scheduled settlement conference date. Thus pursuant to this stipulation, the parties request that the settlement conference be heard by Magistrate Brennan in United States District Court on February 18, 2011 at 10:00 a.m.

DATED: February 8, 2011                    /s/
                                        _____
                                        DANIEL RAY BACON
                                        ATTORNEY FOR PLAINTIFF HIGGINS

DATED: February 8, 2011                    /s/
                                        _____
                                        RICHARD C. WOOTTON
                                        ATTORNEY FOR DEFENDANTS
                                        BRUSCO TUG AND BARGE
                                        DUTRA MATERIALS

Pursuant to the above-stipulation, the Settlement Conference in this matter is now CONTINUED to February 18, 2011 at 10:00 A.M. before the undersigned in Courtroom No. 24, 8th Floor, United States District Court for the Eastern District of California.

DATED: February 8, 2011.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND ORDER**
**TO CHANGE SETTLEMENT CONFERENCE DATE**         - 1 -