DANIEL RAY BACON, Esquire,  SB# 103866
LAW OFFICES OF DANIEL RAY BACON
234 Van Ness Avenue
San Francisco, California 94102-4515
Telephone: (415) 864-0907
Facsimile:  (415) 864-0989

Attorney for Plaintiff
JOHN D. HIGGINS, JR.

E-filing

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN D. HIGGINS, JR,

        Plaintiff,

vs.

BRUSCO TUG AND BARGE, INC., A WASHINGTON CORPORATION, THE DUTRA GROUP, A CALIFORNIA CORPORATION.

        Defendants.

CASE NO.: 2:08-CV-02300-WBS-KJN

STIPULATION FOR MOTION TO CONTINUE  TRIAL DATE AND ~~PROPOSED~~ ORDER

LOCAL RULE 6-144

**STIPULATION FOR MOTION TO CONTINUE TRIAL AND FILING OF MOTIONS**

## STIPULATION TO CONTINUE TRIAL DATE

Pursuant to Local Rule 6-144, Plaintiff John Higgins and Defendants Brusco Tug and Barge and Dutra Materials, through their respective counsel, stipulate to a motion to continue the trial date and the dates for filing motions, trial briefs and other orders pursuant to the pre-trial order in the above-referenced matter, on the sole ground that Plaintiff's counsel is currently engaged in a trial in San Francisco Superior Court which will not be completed until April 1, 2011.   This case was continued previously for mediation and for additional discovery, and the last continuance was due to this Court's involvement in a criminal trial, and the court continued the trial due to its unavailability.

On February 18, 2011, the parties participated in a settlement conference before Magistrate Brennan, but the case did not settle.  The settlement conference was changed from February 17, 2011 to February 18, 2011 because Plaintiff's counsel is in trial and the trial court in San Francisco is not in session on Fridays.  Plaintiff's counsel was assigned out to trial in Department 503 of San Francisco Superior Court on January 10, 2011.  The trial was estimated to take four weeks to try.  However, shortly after motions in limine were being argued, the trial judge, The Honorable Teri Jackson, was assigned a criminal trial which needed to be immediately tried and Plaintiff's counsel's case was postponed for three weeks.  In addition, the trial judge has other matters which are scheduled thus delaying the completion of the trial.  On Wednesday, February 16, 2011, a jury was selected and the jury was told that the trial would be completed by March 31, 2011.   The delay in the San Francisco Trial of Plaintiff's counsel is no fault of counsel, but is due to the busy calendar of the San Francisco Courts and the trial judge assigned to the case.

Due to the unavailability of Plaintiff's counsel for trial, it is respectfully requested that the trial in this matter be continued to a mutually convenient date for the court and the parties.  This case was continued by the court in this matter from November 9, 2010 to March 22, 2011 due to the court's involvement in a criminal trial which necessitated the continuance.

**STIPULATION FOR MOTION**
**TO CONTINUE TRIAL**
**AND FILING OF MOTIONS**                                     - 1 -

1    The parties are willing to file a formal motion to continue, however, given the
2    unavailability of Plaintiff's counsel, good cause clearly exists to continue this trial.  The parties
3    request a date the week of July 18, 2011.

4
5
6    DATED: February 22, 2011                    /s/
                                                 _____
7                                                DANIEL RAY BACON
                                                 ATTORNEY FOR PLAINTIFF HIGGINS
8
     DATED: February 22, 2011                    /s/
9                                                _____
                                                 RICHARD C. WOOTTON
10                                               ATTORNEY FOR DEFENDANTS
                                                 BRUSCO TUG AND BARGE
11                                               DUTRA MATERIALS

12
13
14       Pursuant to the stipulation of the parties in this action, through the respective counsel for
15   the parties, and good cause appearing,
16       IT IS ORDERED that the trial set for March 22, 2011 and the dates set forth in the pre-
17   trial order in this case be continued to **July 19, 2011 at 9:00 A.M.**
18
19   DATED:  February 22, 2011
20
21                                   _____
                                     WILLIAM B. SHUBB
22                                   UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28
     **STIPULATION FOR MOTION
     TO CONTINUE TRIAL
     AND FILING OF MOTIONS**                    - 2 -